### 12285.   WILKES *v.* THE STATE.

LUKE, J.   There is evidence to authorize the verdict in this case, which has the approval of the trial judge. The newly discovered evidence is impeaching in its character and would not likely produce a different result if a new trial was had. The charge of the court, read as a whole, is not subject to the criticism urged against it. The defendant has had a legal trial, and there is no reason assigned which requires a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MAY 11, 1921.

Accusation of violation of liquor law; from city court of Polk county — Judge Tison. February 18, 1921.

*Mundy & Watkins,* for plaintiff in error.

*J. A. Wright, solicitor,* contra.